11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

Ex parte Corey Randall Hooks

No. 11-03-00130-CR B Original Proceeding

 

Relator filed pro se documents in this court
seeking relief after his conviction for aggravated sexual assault.  Relator=s documents have also been filed with the trial court and forwarded to
the Court of Criminal Appeals as a post conviction writ of habeas corpus
pursuant to TEX. CODE CRIM. PRO. ANN. art. 11.07 (Vernon Supp. 2003).  

This proceeding is dismissed for want of
jurisdiction.

 

PER CURIAM

 

May 15, 2003

Do not publish.  See TEX.R.APP.P. 47.2(b).

Panel consists of: Arnot, C.J., and 

Wright, J., and McCall, J.